## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                  **Case No. 3:25cr223-TKW-1**

**THOMAS CHRISTOPHER MORTON,**

    **Defendant.**

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, THOMAS CHRISTOPHER MORTON, to Counts One through Five of the indictment is hereby **ACCEPTED**. All parties will appear before this Court for sentencing as directed.

**DONE AND ORDERED** this 12th day of March, 2026.

_____

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**